# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00442-CR

**Nathan Finch, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 66519, HONORABLE JOE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Nathan Finch seeks to appeal a judgment of conviction for burglary of a building. The trial court has certified that this is a plea bargain case and Finch has no right of appeal, and also that Finch waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed for Want of Jurisdiction

Filed: August 26, 2010

Do Not Publish